CARL E. ROSTAD
BRYAN T. DAKE
Assistant U.S. Attorneys
U.S. Attorney's Office
P.O. Box 3447
Great Falls, Montana 59403-3447
119 First Ave. North, #300
Great Falls, Montana 59401
Phone: (406) 761-7715
FAX: (406) 453-9973
E-Mail: carl.rostad@usdoj.gov
bryan.dake@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

MAR 18 2016

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. GARY JOSEPH CONTI, Defendant. | CR 16- 18 -GF-BMM <br><br> INDICTMENT <br><br> ESCAPE <br> Title 18 U.S.C. § 751 <br> (Penalty: Five years imprisonment, $250,000 fine and three years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

That between from on or about October 30, 2015, and continuing thereafter until on or about November 2, 2015, in the State and District of Montana, and other places, the defendant, GARY JOSEPH CONTI, did knowingly escape from custody

1

in FCI Englewood, Colorado, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Montana upon conviction for conspiracy, in violation of 18 U.S.C. § 371, wire fraud, in violation of 18 U.S.C. § 1343, money laundering, in violation of 18 U.S.C. § 1957, and other crimes, that is, the defendant, GARY JOSEPH CONTI, having been convicted of felony crimes in the case of *United States v. Onstad, et al*, CR 13-65-GF-BMM, and having been sentenced to a term of imprisonment by a Judge of the U.S. District Court, Great Falls Division, and having been incarcerated at the federal prison camp, FCI Englewood, in Englewood, Colorado, escaped from the facility and remained escaped until apprehended, in violation of 18 U.S.C. § 751.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
MICHAEL W. COTTER
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: In USMS custody
Bail: _____

2