CARL E. ROSTAD
BRYAN T. DAKE
Assistant U.S. Attorneys
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, #300
Great Falls, MT 59401
Phone:   (406) 761-7715
FAX:   (406) 453-9973
Email:   carl.rostad@usadoj.gov
          bryan.dake@usdoj.gov



FILED

MAR 18 2016

Clerk, U.S. District Court
District Of Montana
Billings

**ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16- 18 -GF-BMM |
| Plaintiff, | |
| vs. | MOTION TO STAY WARRANT OR SUMMONS AND ALL PROCEEDINGS PENDING PRISONER'S RECOVERY |
| GARY JOSEPH CONTI, | |
| Defendant. | |

The United States of America, represented by Carl E. Rostad and Bryan T. Dake, Assistant United States Attorneys for the District of Montana, hereby move

the Court for a stay of all proceedings in the above-entitled cause, including the issuance of any warrant, summons, Attorney Special Request (ASR), or other order for the transportation of the defendant who is currently in federal custody.

Defendant Conti suffered serious injuries during his escape from custody and remains in medical custody. When the defendant is ambulatory and capable of being transported without concern for his medical condition or requiring medical services in transit or in the District, the United States will petition the Court to lift the stay and initiate proceedings.

Until that time, the United States respectfully requests that the indictment remain sealed and the proceedings stayed pending further order of the Court.

Dated this 16th day of March, 2016.

                                       MICHAEL W. COTTER
                                       United States Attorney

                                       CARL E. ROSTAD
                                       Assistant U.S. Attorney
                                       Attorneys for Plaintiff