CARL E. ROSTAD
BRYAN T. DAKE
Assistant U.S. Attorneys
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, #300
Great Falls, MT 59401
Phone:    (406) 761-7715
FAX:      (406) 453-9973
Email:    carl.rostad@usadoj.gov
          bryan.dake@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. GARY JOSEPH CONTI, Defendant. | CR 16-18-GF-BMM<br><br>MOTION TO REMOVE STAY AND SET FOR ARRAIGNMENT |
|---|---|

The United States of America, by and through its counsel, Carl E. Rostad and Bryan T. Dake, Assistant United States Attorneys for the District of Montana, hereby moves the Court for its order lifting and otherwise removing the stay

1

previously entered in this matter on the basis of the defendant's medical condition. Based on information received, the United States believes that Mr. Conti's medical condition has stabilized and that he can be transported from the Rochester Federal Medical Center to the District of Montana for arraignment.

Therefore, the United States requests the Court remove the stay and schedule an arraignment. The United States will initiate an Attorney Special Request (ASR) to have the defendant transported from the Rochester Federal Medical Center to the District of Montana, Great Falls Division, for appearance and entry of plea.

Dated this 20th day of May, 2016.

MICHAEL W. COTTER
United States Attorney

CARL E. ROSTAD
Assistant U.S. Attorney
Attorney for Plaintiff